Case 1:23-cv-09056-VEC   Document 11   Filed 02/01/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUSSEF MAZROUE and MUSTAFA MAZROUE,

                Plaintiffs,

-against-

CIGARILLOS 4 CORPORATION, BING BANG MINI SHOP CORPORATION D/B/A BANG BONG SMOKE & DISPENSARY, WONDERWORLD CONVENIENCE CORP., 76 FULTON CONVENIENT & MORE CORP., and NADER MOHAMED individually,

                Defendants.

23-CV-9056 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiffs have filed proof of service as to all Defendants, Dkt. 10;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all Defendants, Dkt. 10; and

    WHEREAS no defendant has either appeared or answered;

    IT IS HEREBY ORDERED that Plaintiffs must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with Attachment A of this Court's Individual Practices, by no later than **Thursday, February 15, 2024**.

**SO ORDERED.**

**Date: February 1, 2024**
**New York, New York**

                              **VALERIE CAPRONI**
                              **United States District Judge**