USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
YOUSSEF MAZROUE and MUSTAFA MAZROUE,

                                  Plaintiff,            Case No.: 23-cv-09056-VEC

-against-                **DEFAULT JUDGMENT**

CIGARILLOS 4 CORPORATION, BING BANG MINI
SHOP CORPORATION D/B/A BANG BONG SMOKE
& DISPENSARY, WONDERWORLD CONVENIENCE
CORP., 76 FULTON CONVENIENT & MORE CORP.,
and NADER MOHAMED *individually*,

                                Defendants.
------------------------------------------------------------------------X

This action having been commenced on October 13, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendants Cigarillos 4 Corporation, Bing Bang Mini Shop Corporation d/b/a Bang Bong Smoke & Dispensary, Wonderworld Convenience Corp., and 76 Fulton Convenient & More Corp. on November 14, 2023 by service through the Secretary of State, and on Defendant Nader Mohamed on December 7, 2023 by personal service, and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED ADJUDGED AND DECREED: That the Plaintiff Youssef Mazroue have judgment against Defendants Cigarillos 4 Corporation, Bing Bang Mini Shop Corporation d/b/a Bang Bong Smoke & Dispensary, 76 Fulton Convenient & More Corp., and Nader Mohamed, jointly and severally, in the liquidated amount of $43,333.34 (consisting of $21,666.67 for wage damages, $21,666.67 for liquidated damages) with interest at 9% to be calculated by the Clerk plus attorneys' fees and costs to be determined based on a subsequent submission;

ORDERED ADJUDGED AND DECREED: That the Plaintiff Mustafa Mazroue have judgment against Defendants Cigarillos 4 Corporation, Wonderworld Convenience Corp., 76

Fulton Convenient & More Corp., and Nader Mohamed, jointly and severally, in the liquidated amount of $51,783.32 (consisting of $25,891.66 for wage damages, $25,891.66 for liquidated damages) with interest at 9% to be calculated by the Clerk plus attorneys' fees and costs to be determined based on a subsequent submission;

ORDERED ADJUDGED AND DECREED: That Plaintiffs' claims for discrimination under the New York City Human Rights Law and for wage statement and notice claims under the New York Labor Law are DISMISSED without prejudice.

Dated: New York, New York
       May 16, 2024

ENTER:

_____
U.S.D.J.